**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AFFORDABLE AERIAL PHOTOGRAPHY,**
**INC., a Florida Corporation,**

     **Plaintiff,**                                 **CASE NO.: 6:23-cv-01287**

**v.**

**RCLT CLERMONT LLC, d/b/a KELLER**
**WILLIAMS ELITE PARTNERS III REALTY,**
**a Florida Limited Liability Company**
**PREMIER REALTY OF OCALA, INC.,**
**d/b/a REMAX PREMIER REALTY, a Florida**
**Corporation, ROBERT R. DEICHMAN, d/b/a**
**REMAX PREMIER REALTY INC. an Individual,**
**and KENDRA WRIGHT, d/b/a KAY WRIGHT**
**an Individual,**

     **Defendants.**

_____/

## JOINT NOTICE OF SETTLEMENT

      COMES NOW the parties, Plaintiff, AFFORDABLE AERIAL PHOTOGRAPHY, INC., and

DEFENDANTS, RCLT CLERMONT, LLC, d/b/a KELLER WILLIAMS ELITE PARTNERS III

REALTY, PREMIER REALTY OF OCALA, INC., d/b/a REMAX PREMIER REALTY, ROBERT

R. DEICHMAN, d/b/a REMAX PREMIER REALTY, INC., and KENDRA WRIGHT d/b/a KAY

WRIGHT, by and through their undersigned counsel or *pro se*, hereby notify the Court that the parties

have reached a settlement of all issues, subject only to the completion of specific settlement tasks to

finalize the agreement. The parties request until November 28, 2023, in which to complete the

agreement.

DATED: September 29, 2023,              Respectfully submitted,

   */s/ Terry M. Sanks*                   */s/ Ava K. Doppelt*
TERRY M. SANKS, Esq.                   AVA K. DOPPELT, Esq.
Florida Bar No. 0154430                Florida Bar No. 393738
Email: tsanks@firstiniplaw.com        Email: adoppelt@allendyer.com

1

**BEUSSE SANKS, PLLC**
157 E. New England Avenue, Suite 375
Winter Park, Florida 32789
Telephone: (407) 644-8888
***Counsel for Plaintiff, American***
***Automobile Association, Inc.***

**ALLEN, DYER, DOPPELT**
**& GILCHRIST, P.A.**
255 South Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 841-2330
***Counsel for Defendants, RCLT Clermont, LLC,***
***Premier Realty of Ocala, Inc., and Robert R.***
***Deichman***

*/s/ Kendra Wright*
**KENDRA WRIGHT, Pro Se**